**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**JENNIFER FRENSLEY**                                                 **PLAINTIFF**

**V.**                              **CIVIL ACTION NO. 1:09-CV-118-SA-JAD**

**NORTH MISSISSIPPI MEDICAL CENTER,**
**INC., et al.**                                                    **DEFENDANTS**

## ORDER

For the reasons stated in a memorandum opinion to be released on this day, the Court grants Defendant J. Michael Denham's Motion for Summary Judgment [47]. So ordered on this, the 5th day of August, 2010.

                                                         **/s/ Sharion Aycock**
                                                         **UNITED STATES DISTRICT JUDGE**